# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4911
_____

ROSALINA LINAM,

Appellant,

v.

DANIEL LINAM,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Susanne Wilson Bullard, Judge.

April 24, 2019

PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rosalina Linam, pro se, Lake City, Appellant.

Daniel Linam, pro se, Ocala, Appellee.